FREEZ-PAK CORPORATION, Respondent, v. STEINER PLASTICS MFG. CO., INC., Appellant.— Order modified so as to allow discontinuance upon payment of a full bill of costs to date of discontinuance and, as so modified, affirmed, without costs on this appeal. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.; Peck, P. J., dissents in part and votes to allow discontinuance only on condition that plaintiff stipulates not to institute a further action. Settle order on notice.

STAR PICTURES, INC., Appellant-Respondent, v. REPUBLIC PICTURES CORPORA-TION, Respondent-Appellant, et al., Defendants.— Order, so far as appealed from, unanimously modified on the appeal by defendant by striking items 11, 12 and 13 and, as so modified, affirmed, with $20 costs and disbursements to defendant-appellant. The conclusory allegations of the complaint as to these items do not justify the exploratory examination sought. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

HANNAH GALEWITZ, Respondent, v. GEORGE GREEN et al., Appellants.— Orders unanimously modified so as to allow examination as to items " 1 " and. " 3 " and to allow a bill of particulars as to items " 1 " and " 3 ". A full inquiry should be permitted as to transactions behind the alleged account stated in this action. As so modified the orders are affirmed, with $20 costs and disburse-ments to the appellants. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION, Respondent, v. PATHESCOPE COMPANY OF AMERICA, INC., Appellant.— Order unanimously modified so as to allow examinations of Ray Lamb and Francis T. Kemper on written interrogatories and, as so modified, affirmed, with $10 costs and dis-bursements to appellant. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

MATHILDE V. ROCKER, Respondent, v. LOUIS P. ROCKER, Appellant.— The affidavit upon which the plaintiff and the court at Special Term relied for in-creasing the alimony was not before the official referee, nor was the witness who made the affidavit. The matter should be heard before an official referee with all the evidence presented to him. While the counsel fee allowed appears to be excessive, final determination as to counsel fee will await the further hearings. Order unanimously reversed, without costs, and the matter remanded to an official referee to hear and report to Special Term. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

J. EDWARD DWYER, Respondent, v. JOSEPH BYRNE et al., Appellants, et al., Defendants.— It is ordered that the said appeals, pursuant to the provisions of section 618 of the Civil Practice Act and on the court's own motion, hereby are transferred to the Appellate Division, Second Department, for hearing and determination. Present — Peck, P. J., Callahan, Heffernan and Bergan, JJ.